UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60980-CIV-SINGHAL/VALLE

PHILIP MARINO, ANTHONY ROMANO,
MARY GUESS, JERALD WURMS, and
JAY LEINER, on behalf of themselves and
all others similarly situated,

        Plaintiffs,

vs.

BROWARD SHERIFF'S OFFICE, and
GREGORY TONY, in his official capacity as
SHERIFF OF BROWARD COUNTY,

        Defendants.

_____/

**JOINT MOTION FOR COURT TO RETAIN JURISDICTION TO ENFORCE THE PROVISIONS OF THE SETTLEMENT AGREEMENT**

The Parties, through their respective undersigned counsel, hereby file this Joint Motion for Court to Retain Jurisdiction to Enforce the Provisions of the Settlement Agreement and in support thereof, state as follows:

The named Plaintiffs and Defendant have reached an amicable resolution of this matter as to the named Plaintiffs for the dismissal of this matter with prejudice prior to class certification. The Settlement Agreement is attached as Exhibit A. In the course of this litigation, Defendant BSO was ordered to produce documents containing excerpts of confidential personal identifying information of law enforcement officers and former law enforcement officers of BSO, and Plaintiffs produced documents containing personal financial information. The parties entered into a Confidentiality Stipulation as to the production of confidential information. The Confidentiality Stipulation is attached hereto as Exhibit B. The Confidentiality Stipulation is incorporated into the

Settlement Agreement. The Parties respectfully request that the Court retain jurisdiction to ensure compliance with the Confidentiality Stipulation, and the terms of the Settlement Agreement. *Kokkonen v. Guardian Life Ins. Co.,* 511 U.S. 375, 376, 381 (1994) (In dismissals pursuant to Rule 41(a)(1)(A)(ii), the court is authorized to retain jurisdiction over the settlement contract in its dismissal order based on the agreement of the parties). The parties have filed a Stipulation for Dismissal with Prejudice as to the matter in its entirety, conditioned on the court entry of an order retaining jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

WHEREFORE, based on the foregoing, the Parties respectfully request that the Court grant this Motion and enter an order of dismissal with prejudice and retaining jurisdiction to enforce the provisions of the Settlement Agreement.

Dated: March 31, 2022                                                               Respectfully submitted,

s/Seth Miles                                                                                  s/Carmen Rodriguez
Seth Miles, Esq., FBN 385530                                            Carmen Rodriguez, Esq., FBN 710385
David M. Buckner, Esq., FBN 60550                               Law Offices of Carmen Rodriguez, P.A.
Brett E. von Borke, Esq., FBN 0044802                          Palmetto Bay Centre
Elena M. Marlow, Esq., FBN 139585                              15715 S. Dixie Highway, Suite 411
Buckner + Miles                                                                   Palmetto Bay, Florida 33157
2020 Salzedo Street, Suite 302                                          Telephone: (305) 254-6101
Coral Gables, Florida 33134                                              Facsimile: (305) 254-6048
Telephone: (305) 964-8003                                                Email: crpa@crlaborlawfirm.com
Email: david@bucknermiles.com
Email: seth@bucknermiles.com                                        *Counsel for Defendant*
Email: vonborke@bucknermiles.com
Email: emarlow@bucknermiles.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 31, 2022, on all counsel or parties of record.

/s/ Seth Miles
Seth Miles, Esq., FBN 38553