UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60980-CIV-SINGHAL/VALLE

PHILIP MARINO, ANTHONY ROMANO,
MARY GUESS, JERALD WURMS, and
JAY LEINER, on behalf of themselves and
all others similarly situated,

      Plaintiffs,

vs.

BROWARD SHERIFF'S OFFICE, and
GREGORY TONY, in his official capacity as
SHERIFF OF BROWARD COUNTY,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, PHILIP MARINO, ANTHONY ROMANO, MARY GUESS, JERALD WURMS, and JAY LEINER, on behalf of themselves and all others similarly situated, and Defendant, BROWARD COUNTY SHERIFF'S OFFICE[1] and GREGORY TONY, in his official capacity as Sheriff of Broward County, by and through undersigned counsel, hereby stipulate to the voluntary dismissal of this matter with prejudice in accordance with Fed. R. Civ. P. 41(a)(1), with each side to bear its own attorneys' fees and costs. The Parties request the Court to retain

---

[1] There is no such entity as the Broward County Sheriff's Office. The Broward County Sheriff's Office is synonymous with and duplicative of the **Sheriff of Broward County** in his official capacity as a constitutional officer in the State of Florida. Thus, there are not two defendants in this action.

jurisdiction to enforce the settlement pursuant to the terms of this Joint Stipulation of Dismissal with Prejudice and Settlement Agreement.

Dated: March 31, 2022                                        Respectfully submitted,

s/Seth Miles
Seth Miles, Esq., FBN 385530
David M. Buckner, Esq., FBN 60550
Brett E. von Borke, Esq., FBN 0044802
Elena M. Marlow, Esq., FBN 139585
Buckner + Miles
2020 Salzedo Street, Suite 302
Coral Gables, Florida 33134
Telephone: (305) 964-8003
Email: david@bucknermiles.com
Email: seth@bucknermiles.com
Email: vonborke@bucknermiles.com
Email: emarlow@bucknermiles.com

*Counsel for Plaintiffs*

 s/Carmen Rodriguez
Carmen Rodriguez, Esq., FBN 710385
Law Offices of Carmen Rodriguez, P.A.
Palmetto Bay Centre
15715 S. Dixie Highway, Suite 411
Palmetto Bay, Florida 33157
Telephone: (305) 254-6101
Facsimile: (305) 254-6048
Email: crpa@crlaborlawfirm.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 31, 2022, on all counsel or parties of record.

/s/ Seth Miles
Seth Miles, Esq., FBN 385530