UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60980-CIV-SINGHAL/VALLE

PHILIP MARINO, ANTHONY ROMANO,
MARY GUESS, JERALD WURMS, and
JAY LEINER, on behalf of themselves and
all others similarly situated,

    Plaintiffs,

v.

BROWARD SHERIFF'S OFFICE, and
GREGORY TONY, in his official capacity as
SHERIFF OF BROWARD COUNTY,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice filed by the parties (DE [118]) on March 31, 2022. The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs. The Court shall retain jurisdiction to enforce the settlement pursuant to the terms of this Joint Stipulation of Dismissal with Prejudice and the Parties' Settlement Agreement. The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 1st day of April 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF